# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-13-00134-CV

**Tammy Crocker**

**v.**

**Thomas Babcock, IV, M.D., Longview Emergency Medicine Associates, Inc. and Good Shepherd Medical Center**

(No. 2011-2463-B IN 124TH DISTRICT COURT OF GREGG COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | DARCY STARCHER |
| MOTION FEE | $10.00 | E-PAID | DARCY STARCHER |
| MOTION FEE | $10.00 | E-PAID | STACEY SPLAWN |
| FILING | ($195.00) | REFUND | N/A |
| REPORTER'S RECORD | $247.95 | UNKNOWN | THE LIEBBE FIRM |
| SUPPLEMENTAL CLERK'S RECORD | $42.00 | PAID | RUSSEL G THORNTON |
| CLERK'S RECORD | $645.00 | PAID | THE LIEBBE FIRM |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | STACEY SPLAWN |
| FILING | $195.00 | E-PAID | N/A (DUPLICATE PAYMENT OF FILING FEE) |
| INDIGENT | $25.00 | E-PAID | STACEY SPLAWN |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | STACEY SPLAWN |
| FILING | $100.00 | E-PAID | STACEY SPLAWN |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this August 21, 2015.

**DEBRA AUTREY, CLERK**

By _____

Deputy